UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

October 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-mj-382 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Grisela Avila, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _Grisela Avila_ Case 2:08-mj-382 KJM from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of _____

_X_    Unsecured bond in the amount of $50,000

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond secured by Real Property

_____    Corporate Surety Bail Bond

_X_    (Other) Probation conditions/supervision; surrender passport; travel

restrictions

Issued at _Sacramento, CA_ on 10/30/08 ____ at _2:38 p.m._.

By _____

Kimberly J. Mueller,
United States Magistrate Judge